UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:08-M-1548

FILED IN OPEN COURT
ON _____
Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA

V.

**HAUMERSON, JEFFREY P.**

DISMISSAL ORDER

The GOVERNMENT moves for dismissal of the captioned case without prejudice for the following reason: Matter handled under UCMJ Authority.

Offenses: DWI

Category: O

Initial Docket Date:

Submitted on: 6/28/13

_____
YOLANDA McCRAY JONES
Special Assistant United States Attorney
XVIII Airborne Corps & Fort Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be dismissed.

This _____ day of _____, 2013.

_____
United States Magistrate Judge